**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LATRINA COX, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:20-cv-02202 |
| vs. | § | |
| | § | |
| GC SERVICES, LP, | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

      Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: September 2, 2020

      Respectfully submitted,

      s/ Russell S. Thompson, IV
      Russell S. Thompson, IV
      Southern District Bar # 1572841
      Thompson Consumer Law Group, PC
      5235 E. Southern Ave., D106-618
      Mesa, AZ 85206
      Telephone: (602) 388-8898
      Facsimile: (866) 317-2674
      rthompson@ThompsonConsumerLaw.com

      Attorneys for Plaintiff

**CERTIFICATE OF FILING**

I certify that on September 3, 2020, I electronically filed the foregoing Certificate of Interested Persons with the clerk of the U.S. District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the court.

s/ Russell S. Thompson, IV
Russell S. Thompson, IV
