United States District Court
Southern District of Texas
**ENTERED**
October 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATRINA COX, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-2202 |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On October 7, 2020, the Plaintiff filed a Notice of Dismissal with prejudice (Dkt. 12) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, this 8th day of October, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE